**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Daniel Steven MISKE, Jr., Defendant—
Appellant.**

**No. 03–30197.**

**D.C. No. CR–02–30019–ALA–01.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 14, 2004.*

Decided June 18, 2004.

Douglas W. Fong, Office of the U.S. Attorney, Medford, OR, for Plaintiff–Appellee.

Thomas E. Price, Salem, OR, for Defendant–Appellant.

Before HALL, LEAVY and FISHER, Circuit Judges.

### MEMORANDUM**

Daniel Steven Miske, Jr. appeals from the district court's judgment following a guilty plea to distributing 50 or more grams of methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii). Miske was sentenced to serve 235 months as a career offender pursuant to U.S.S.G. § 4B1.1 We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Miske contends that the district court erred at sentencing by considering evidence beyond Miske's own criminal activity. We disagree. The evidence a district court considers outside the record of conviction in sentencing a defendant is subject to an abuse of discretion review. *United States v. Ayers,* 924 F.2d 1468, 1481 (9th Cir.1991). We conclude, based on the facts in this record, that the district court did not abuse its discretion by considering the outside evidence. *See Ayers,* 924 F.2d at 1481.

To the extent Miske contends that the district court erred by denying his request for a downward sentencing departure, this court lacks jurisdiction to review the district court's discretionary denial of a request for departure. *See United States v. Smith,* 330 F.3d 1209, 1212 (9th Cir.2003).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.